UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAOUL MARRADI,<br><br>        Plaintiff,<br>v.<br><br>BOSTON OPERA HOUSE VENTURES, LLC AND BOHV PROPERTY, LLC,<br><br>        Defendants. | Civil Action No. 1:17-cv-11485-LTS |

## **ANSWER**

Pursuant to the provisions of Rules 8 and 12 of the Federal Rules of Civil Procedure, the Defendants, Boston Opera House Ventures, LLC and BOHV Property, LLC, respond as follows to the Complaint of the Plaintiff, Raoul Marradi:

1. Inasmuch as paragraph 1 of the Complaint purports to set forth conclusions of law rather than averments of fact, no response is required thereto.

2. The Defendants do not have sufficient knowledge or information to either admit or deny the allegations set forth in the first two sentences of paragraph 2 of the Complaint, and call upon the Plaintiff to prove the same at trial. The Defendants deny the allegations set forth in the third sentence of paragraph 2.

3. The Defendants do not have sufficient knowledge or information to either admit or deny the allegations set forth in paragraph 3 of the Complaint, and call upon the Plaintiff to prove the same at trial.

4. Denied.

5. Denied.

6. In response to paragraph 6 of the Complaint, the Defendants state that BOHV Property, LLC is the owner/operator of the Boston Opera House.

7. Admitted.

8. In response to paragraph 8 of the Complaint, the Defendants state that the terms of the ADA speak for themselves.

9. In response to paragraph 9 of the Complaint, the Defendants state that the terms of the ADA speak for themselves.

10. In response to paragraph 10 of the Complaint, the Defendants state that the terms of the ADA speak for themselves.

11. Admitted.

12. In response to paragraph 12 of the Complaint, the Defendants state that the terms of the federal regulations in question speak for themselves.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied

4821-7276-8334.2

22. The Defendants do not have sufficient knowledge or information to either admit or deny the allegations set forth in paragraph 22 of the Complaint, and call upon the Plaintiff to prove the same at trial.

23. In response to paragraph 23 of the Complaint, the Defendants state that the terms of the statute in question speak for themselves.

## Further Defense

And further saying by way of defense, the Defendants state that the Complaint fails to state a claim upon which relief may be granted.

## First Affirmative Defense

Boston Opera House is an historic structure that has been granted landmark status, and is a contributing building in the Washington Street Theatre District, which is listed in the National Register of Historic Places.

## Second Affirmative Defense

Boston Opera House has had its facility fully reviewed by the Commonwealth of Massachusetts Department of Public Safety Architectural Access Board, and has properly obtained variances for certain aspects of its premises.

## Third Affirmative Defense

The Plaintiff lacks standing, as he has not been denied access.

## Fourth Affirmative Defense

To the extent that modifications are required, which is denied, they are not readily achievable.

4821-7276-8334.2

## Prayers for Relief

WHEREFORE, the Defendants respectfully request that this Court dismiss the Complaint with prejudice, order them reasonable costs and attorneys' fees, and grant such other relief as may be deemed just and appropriate.

|  |  |
|---|---|
| Dated: September 5, 2017 | BOSTON OPERA HOUSE VENTURES, LLC and BOHV PROPERTY, LLC, By their attorney,<br><br>*/s/ Lawrence G. Green*<br>Lawrence G. Green (BBO #209060)<br>lgreen@burnslev.com<br>Mary Katherine Geraghty (BBO #664645)<br>mgeraghty@burnslev.com<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA  02110<br>Tel:  (617) 345-3000<br>Fax:  (617) 345-3299 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 5, 2017.

/s/ Lawrence G. Green
Lawrence G. Green (BBO #209060)
lgreen@burnslev.com
BURNS & LEVINSON LLP

4821-7276-8334.2