UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:17-cv-11485-LTS

RAOUL MARRADI,

      Plaintiff,

vs.

BOSTON OPERA HOUSE VENTURES, LLC,
and BOHV PROPERTY, LLC,

      Defendants.
_____/

## JOINT STATUS REPORT

The Parties, by and through the undersigned counsel, file this Joint Status Report to notify the Court of the status of the case:

The Parties' representatives met at the Opera House on January 25, 208, with the Plaintiff's representative, Edward N. Garno, Esq., being given a tour of the facility. The Parties were unable to narrow the issues in dispute.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>By his attorneys, | The Defendants,<br>By their attorneys, |
| /s/Edward N. Garno, Esq.<br>Edward N. Garno, Esq.<br>147 Central Street, Suite 213<br>Lowell, Massachusetts 01852<br>Telephone: (978) 397-2400<br>Facsimile: (978) 455-1817<br>E-mail: nedgarno@hotmail.com<br>Massachusetts Bar No.: 564378<br>Lead Counsel for Plaintiff | /s/Lawrence G. Green, Esq.<br>Lawrence G. Green, Esq.<br>E-mail: lgreen@burnslev.com<br>Massachusetts Bar No.: 209606<br>/s/Mary Katherine Geraghty, Esq.<br>Mary Katherine Geraghty, Esq.<br>E-mail: mgeraghty@burnslev.com<br>Massachusetts Bar No.: 664645<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-3000<br>Facsimile: (617) 345-3299<br>Counsel for Defendants |
| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, Florida 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Counsel for Plaintiff | |

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on February 7, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Lawrence G. Green, Esq. and Mary Katherine Geraghty, Esq.

WE HEREBY CERTIFY that on February 7, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

By:   /s/Todd W. Shulby, Esq.
      Todd W. Shulby, Esq.